WO

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      MAY 18 2016

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No.: CR-15-08016-PCT-MHB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Salvador Whatoname, | ) |
| Defendant. | ) |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

IT IS ORDERED the defendant is detained as flight risk and danger pending further revocation proceedings. Pursuant to Rule 32.1(a)(6), defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

DATED this 18th day of May, 2016.

_____
John A. Buttrick
United States Magistrate Judge