**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Salvador Whatoname,<br><br>          Defendant. | CR15-08016-001-PCT-MHB<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Allegations A and B of the Petition to Revoke Supervised Release.

IT IS ORDERED the defendant's supervised release is revoked as unsuccessfully completed.

IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINETY (90) DAYS**, with credit for time served.

DATED this 22nd day of June, 2016.

_____
John A. Buttrick
United States Magistrate Judge